UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID BRINKLEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-1158 |
| | ) Judge Sharp |
| THEODORE G. LOFTIS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On June 22, 2012, the Magistrate Judge entered a Report and Recommendation (Docket No. 15), recommending that the Motion to Dismiss for Failure to State a Claim (Docket No. 8) filed on behalf Defendants Judge James M. Hunter, Cheryl McPherson, Magistrate Judge Wade Smith and the Sumner County Sheriff's Department be granted. Despite being specifically advised in the Report and Recommendation that any objections to the recommended dismissal needed to be filed within fourteen days of receipt, Plaintiff has filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendation. Accordingly,

(1) The Report and Recommendation (Docket No. 15) is hereby ACCEPTED and APPROVED;

(2) The Motion to Dismiss (Docket No. 8) filed on behalf of Defendants Judge James M. Hunter, Cheryl McPherson, Magistrate Judge Wade Smith and the Sumner County Sheriff's Department is hereby GRANTED and the claims against those Defendants are hereby DISMISSED.

It is SO ORDERED.

/s/ Kevin H. Sharp
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE